No. 94–6286. ROLDAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6288. STORY *v.* KINDT, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 94–6290. GUTIERREZ MARQUEZ *v.* GUNN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6291. LARKINS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–6292. WUNDERLICH *v.* HUNTER. C. A. 6th Cir. Certiorari denied.

No. 94–6295. SKELLY *v.* HEIDEMANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6296. STEIN *v.* LEWIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6297. HOOPER *v.* MORGAN COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6303. AMMAR *v.* WELSCH. Ct. Sp. App. Md. Certiorari denied.

No. 94–6310. RAMOS *v.* COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–6311. PATTEN *v.* RUTTGER ET AL. Ct. App. Minn. Certiorari denied.

No. 94–6312. OLIVER *v.* WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6315. McCOMBS *v.* COOLEDGE ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6318. ESTRELLA *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.